IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BRIAN DAVID STREBE, | ) | |
| Plaintiff, | ) | Civil Action No. 7:11-cv-00469 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| R.C. MATHENA, <u>et al.</u>, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that Strebe's motion to proceed in forma pauper is **GRANTED**, this action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and the accompanying Memorandum Opinion to the plaintiff.

**ENTER**: This 31st day of October, 2011.

 /s/ Norman K. Moon
 NORMAN K. MOON
 UNITED STATES DISTRICT JUDGE